IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

YVONNE FORTKAMP,

           Plaintiff,    :    Case No. 3:14-cv-458

                                    District Judge Walter Herbert Rice
- vs -                             Magistrate Judge Michael R. Merz

ABN AMRO MTG. GROUP d.b.a. CT
Corporation System,

           Defendant.    :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that Plaintiff's Motion for Judgment on the Pleadings is denied without prejudice to renewal after the pleadings are closed.

March 24, 2015.

                                                            Walter Herbert Rice
                                                            United States District Judge