IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YVONNE FORTKAMP,

    Plaintiff,

    v.

ABN AMRO MORTGAGE GROUP, et al.,

    Defendants.

Case No. 3:14-cv-458

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #22); SUSTAINING DEFENDANTS' UNOPPOSED MOTION TO DISMISS (DOC. #12); DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his March 11, 2015, Report and Recommendations (Doc. #22), as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

The Court SUSTAINS Defendants' unopposed Motion to Dismiss (Doc. #12), and DISMISSES Plaintiff's claims WITH PREJUDICE. Judgment will be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 31, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE