AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Yvonne Fortkamp | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-458 |
| ABN AMRO Mortgage | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS DOC. #22 SUSTAINING DEFENDANTS' UNOPPOSED MOTION TO DISMISS DOC. #12; DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations .

Date: 3/31/2015

*CLERK OF COURT*

s/ Elisa Deters

*Signature of Clerk or Deputy Clerk*